IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STEFAN M. JONES                                                    PLAINTIFF

      v.                    Civil No. 04-6151

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                            DEFENDANT

## JUDGMENT

On this 14th day of April, 2006, the Court has before it for consideration the request for

attorney's fees filed by plaintiff's attorney, Shannon Muse Carroll, pursuant to the Equal Access

to Justice Act, *28 U.S.C. § 2412.* In accordance with the Memorandum Opinion filed in the

above styled case on today's date, the Court hereby grants the motion, and plaintiff's attorney is

awarded fees and expenses in the amount of $2,738.00 under *28 U.S.C. § 2412.*

IT IS SO ORDERED.


/s/ Bobby E. Shepherd
HONORABLE BOBBY E. SHEPHERD
UNITED STATES MAGISTRATE JUDGE